# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

JOSE TORRES,               :

    **Plaintiff**         :

                          **CIVIL ACTION NO. 3:17-1170**

               :

    **v**                 :       **(JUDGE MANNION)**

C.J. MCKOONZ, *et al.*,   :

    **Defendants**   :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY**

**ORDERED THAT:**

1.    The motion for summary judgment filed on behalf of Defendant McKeown[1] and Tereska (Doc. 11) is **GRANTED**. Judgment is hereby entered in favor of Defendants, McKeown and Tereska, and against the Plaintiff.

2.    The complaint against Defendants, Palmilgiano, DeBoer, and John Doe is **DISMISSED** pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

3.    The Clerk of Court is directed to **CLOSE** this case.

4.    Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

                       s/ *Malachy E. Mannion*
                       **MALACHY E. MANNION**
                       **United States District Judge**

**Dated:   March 28, 2019**

17-1170-01-ORDER.wpd

---

[1]Plaintiff improperly identifies the Hearing Examiner as McKoonz, when his last name is McKeown.